UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | CIVIL ACTION NO. B-00-054 |
| ROBERT E. WEBB | § | |

### ORDER SETTING CONFERENCE

1. A status conference will be held on:

   September 11, 2000
   at 2:00 p.m.
   Courtroom No. 1, 2nd Floor
   U.S. Federal Building & Courthouse
   600 East Harrison Street
   Brownsville, Texas 78520

2. To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3. Each party shall appear <u>in person</u> with an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4. The Court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. <u>See</u> Fed.F.Civ.P.16.

Signed April 12, 2000, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge