8

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 29 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-00-54 |
| | § | |
| ROBERT E. WEBB, | § | |
| Defendant. | § | |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file,

A. The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B. Plaintiff's Motion for Default Judgment (Docket No. 5) is hereby GRANTED; and

C. Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

Debt No. 1:

| | | | |
|---|---|---|---|
| 1. | Principal | $ | 3,453.00 |
| 2. | Interest | $ | 6,474.96 |
| 3. | Administrative fees, costs, penalties | $ | 8.02 |

Debt No. 2:

| | | | |
|---|---|---|---|
| 4. | Principal | $ | 2,625.00 |
| 5. | Interest | $ | 4,141.83 |
| 6. | Administrative fees, costs, penalties | $ | 8.02 |
| 7. | Attorney's fees | $ | 600.00 |

4

8.   TOTAL                                                    $    17,310.83

DONE in Brownsville, Texas this 25 day of August, 2000.

                                                      Hilda Tagle
                                                United States District Judge

ClibPDF - www.fastio.com