*16*

United States District Court
Southern District of Texas
ENTERED

OCT 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
　　　　　　　　　　　　　　　§
*versus* 　　　　　　　　　　　§   Civil Action B-00-054
　　　　　　　　　　　　　　　§
Robert E. Webb 　　　　　　　　§

## CORRECTED JUDGMENT

Before the court is the Magistrate Judge's Report and Recommendation in the above referenced cause of action. After a de novo review of the file,

A.  The Magistrate Judge's Report and Recommendation is hereby ADOPTED;

B.  Plaintiff's Motion for Default Judgment (Docket No. 5) is hereby GRANTED; and

C.  Judgment is hereby ENTERED in favor of Plaintiff in the following amounts:

Debt No. 1:

| | | | |
|---|---|---|---|
| 1. | Principal | $ | 3,453.00 |
| 2. | Interest | $ | 6,474.96 |
| 3. | Administrative fees, costs, penalties | $ | 8.02 |

Debt No. 2:

| | | | |
|---|---|---|---|
| 4. | Principal | $ | 2,625.00 |
| 5. | Interest | $ | 4,141.83 |
| 6. | Administrative fees, costs, penalties | $ | 8.02 |
| 7. | Attorney's fees | $ | 600.00 |
| 8. | Post-Judgment interest per annum | | _6.241_ % |

9.   TOTAL                                                                           $        17,310.83

DONE in Brownsville, Texas this __18th__ day of __Oct.__, 2000.

_/s/ Hilda Tagle_
Hilda Tagle
United States District Judge

ClibPDF - www.fastio.com